# United States District Court
## *Southern District of Georgia*

MAX R. BARKER,

Plaintiff,

**V.**

RICHMOND COUNTY SHERIFF OFFICE;
DEPUTY JOHN DOE; and OFFICER
CAMANCHO,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 126-181

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated October 14, 2026, this case is dismissed without prejudice and stands closed.

October 14, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*